DANIEL G. BOGDEN
United States Attorney
District of Nevada
KATHRYN C. NEWMAN
Assistant United States Attorney
Nevada Bar 13733
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336
Fax: 702-388-5087

Counsel for Plaintiff United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TERRY RAWSTERN,<br><br>    Defendant. | Case No.: 2:14-cr-00315-JCM-VCF<br><br>**GOVERNMENT'S UNOPPOSED MOTION FOR ADDITIONAL TIME WITHIN WHICH TO RESPOND TO DEFENDANT RAWSTERN'S MOTION FOR SEVERANCE** |

The United States, by and through its undersigned counsel, hereby files its Unopposed Motion for Additional Time Within Which to Respond to Defendant Rawstern's Motion for Severance.

**Background**

Defendant Terry Rawstern filed a Motion to Sever for Improper Joinder (Dock. # 48) on May 24, 2016.  Defendant Buckhannon filed a Motion for Joinder to Rawstern's motion to sever on June 9, 2016 (Dock. # 49).  The Government's response to Defendant Rawstern's motion is due on June 10, 2016.

Counsel for the Government, AUSA Kathryn Newman, inherited roughly 100 new cases on June 1, 2016, following the retirement of a colleague.  AUSA Newman spoke with counsel for Defendant Rawstern, AFPD Nisha Brooks-Whittington, and requested an additional seven days within which to respond to Defendant Rawstern's motion.  AFPD Brooks-Whittington agreed to the short continuance.

### Conclusion

For the foregoing reasons, the Government respectfully requests that the Court allow the Government an additional seven days within which to respond to Defendant Rawstern's Motion to Sever.

Date:   June 10, 2016

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Kathryn C. Newman
KATHRYN NEWMAN
Assistant United States Attorney

### ORDER

IT IS SO ORDERED this 13th day of June, 2016.

IT IS HEREBY ORDERED THAT that Government's response must be filed on or before June 20, 2016.

_____
Cam Ferenbach
United States Magistate Judge

2