RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Terry Rawstern

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TERRY RAWSTERN, <br><br> Defendant. | Case No. 2:14-cr-315-JCM-VCF-2 <br><br> **STIPULATION TO CONTINUE SENTENCING HEARING** <br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, United States Attorney, and Kathryn C. Newman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington , Assistant Federal Public Defender, counsel for Terry Rawstern, that the Sentencing Hearing currently scheduled on December 28, 2017 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.   Mr. Rawstern lives in South Dakota and will need additional time to make travel arrangements to Las Vegas to be present for his sentencing hearing.  Undersigned counsel needs additional time to obtain mitigating information relevant to Mr. Rawstern's sentencing memorandum and time to prepare the sentencing memorandum before filing it with the court.

2. The defendant is not in custody and does not oppose a continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 8th day of November, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TERRY RAWSTERN,<br><br>    Defendant. | Case No. 2:14-cr-315-JCM-VCF-2<br><br>**ORDER** |

    IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, December 28, 2017 at 10:30 a.m., be vacated and continued to **Thursday, March 29, 2018 at 10:00 a.m.**

DATED November 14, 2017.

_____
UNITED STATES DISTRICT JUDGE

3