RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Terry Rawstern

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>TERRY RAWSTERN,<br><br>        Defendant. | Case No. 2:14-cr-315-JCM-VCF-2<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Kathryn C. Newman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Terry Rawstern, that the Sentencing Hearing currently scheduled on March 29, 2018 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than seventy (70) days.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel needs additional time to gather mitigation information for Mr. Rawstern and prepare the sentencing memorandum. Counsel will also be out of the office from March 26 - March 30, 2018, as her office is undergoing renovations. Additionally, Mr. Rawstern had recent surgeries involving his ankles and knee which affect his mobility. A

continuance is further requested to allow Mr. Rawstern time to recover from his surgeries before traveling to Las Vegas for his sentencing hearing.

2. The defendant is not in custody and does not oppose a continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 12th day of March, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TERRY RAWSTERN,<br><br>　　　　　Defendant. | Case No. 2:14-cr-315-JCM-VCF-2<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, March 29, 2018 at 10:00 a.m., be vacated and continued to **Monday, June 11, 2018 at 10:00 a.m.**

DATED March 15, 2018.

_____
UNITED STATES DISTRICT JUDGE