RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Terry Rawstern

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRY RAWSTERN,<br><br>Defendant. | Case No. 2:14-cr-315-JCM-VCF-2<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Kathryn C. Newman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Terry Rawstern, that the Sentencing Hearing currently scheduled on June 11, 2018 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel needs additional time to prepare the sentencing memorandum. Additionally, Mr. Rawstern has had four surgical procedures since December 5, 2017. Ex. A. His last surgical procedure was performed on April 5, 2018. *Id*. Mr. Rawstern suffered some "significant complications from the anesthesia used for th[e]

procedure, which resulted in him losing consciousness and falling in his basement several times. During one of these falls some significant muscle damage occurred." *Id*. Mr. Rawstern was recently brought to the emergency room and admitted due to his inability to stand or maintain his balance. *Id*. While in the hospital, Mr. Rawstern fell resulting in 12 sutures to his head. *Id*. According to Mr. Rawstern's doctor, he is suffering from "significant medical issues and concerns that are being addressed, evaluated, and worked up." *Id*. As a result, Mr. Rawstern's doctor advises that travel is extremely difficult for him at this time. A continuance is requested to allow Mr. Rawstern time to be evaluated and to recover from his recent medical issues before traveling to Las Vegas for his sentencing hearing.

        2.        The defendant is not in custody and does not oppose a continuance.

        3.        The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED this 4th day of June, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|   */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender |   */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

TERRY RAWSTERN,

    Defendant.

Case No. 2:14-cr-315-JCM-VCF-2

**ORDER**

    IT IS ORDERED that the sentencing hearing currently scheduled for Monday, June 11, 2018 at 10:00 a.m., be vacated and continued to **Monday, September 10, 2018 at 10:00 a.m.**

    DATED June 6, 2018.

                                                  /s/ James C. Mahan
                                                 UNITED STATES DISTRICT JUDGE