RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Terry Rawstern

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-315-JCM-VCF-2 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Fifth Request) |
| TERRY RAWSTERN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Nicholas D. Dickinson , Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Terry Rawstern, that the Sentencing Hearing currently scheduled on December 18, 2018 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Mr. Rawstern was present for his sentencing hearing scheduled on November 14, 2018. However, the hearing was continued to December 18, 2018, at 10:00 a.m. A continuance is requested to allow Mr. Rawstern additional time to make travel arrangements

from South Dakota to Las Vegas. Additionally, Mr. Rawstern continues to experience serious health related issues and requests this continuance to allow him to physically prepare for travel.

    2.     The defendant is not in custody and does not oppose a continuance.

    3.     The parties agree to the continuance.

This is the fifth request for a continuance of the sentencing hearing.

DATED this 16th day of November, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| | |
| */s/ Nisha Brooks-Whittington*<br>By_____ | */s/ Nicholas D. Dickinson*<br>By_____ |
| NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | NICHOLAS D. DICKINSON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

TERRY RAWSTERN,

        Defendant.

Case No. 2:14-cr-315-JCM-VCF-2

**ORDER**

    IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, December 18, 2018 at 10:00 a.m., be vacated and continued to January 4, 2019 at the hour of 10:00 a.m.

    DATED November 19, 2018.

                                           _____
                                           UNITED STATES DISTRICT JUDGE

3