# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 2:14-cr-00315-JCM-VCF |
| TERRY RAWSTERN, | **ORDER** |
| Defendant. | |

Before the court is Terry Rawstern's Motion to File Objections to the Presentence Investigation Report Under Seal (ECF NO. 121).

Under LCR 47-3, the failure of an opposing party to include points and authorities in response to any motion constitutes a consent to granting the motion. No opposition has been filed and the time to file an opposition has passed. Here, it would seem as though the government has consented to the granting of the instant motion.

Accordingly, and good cause appearing,

IT IS HEREBY ORDERED THAT Terry Rawstern's Motion to File Objections to the Presentence Investigation Report Under Seal (ECF NO. 121) is GRANTED.

DATED this 10th day of December, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE