RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Terry Rawstern

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>TERRY RAWSTERN,<br><br>        Defendant. | Case No. 2:14-cr-315-JCM-VCF-2<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Sixth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Nicholas D. Dickinson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Terry Rawstern, that the Sentencing Hearing currently scheduled on February 8, 2019 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. On December 6, 2018, this Court granted Mr. Rawstern's unopposed motion to appear by video teleconference for sentencing. ECF No. 126. The Court further ordered "the

video teleconference for defendant and defense counsel will be held on February 8, 2019 at 10a.m., Pacific Standard Time, at the probation office in Aberdeen, South Dakota. . . ." *Id*.

    2.    Undersigned counsel has been trying to obtain a reasonably priced plane ticket to Aberdeen, South Dakota for the upcoming sentencing hearing. Due to the partial government shutdown and the current price of a plane ticket to Aberdeen, counsel seeks a continuance of 60 days. A continuance will allow counsel to obtain a more reasonably priced plane ticket as well as to avoid travel during possible severe weather conditions.

    3.    The defendant is not in custody and does not oppose a continuance.

    4.    The parties agree to the continuance.

This is the sixth request for a continuance of the sentencing hearing.

DATED this 17th day of January, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Nicholas D. Dickinson*<br>By_____<br>NICHOLAS D. DICKINSON<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>TERRY RAWSTERN,<br><br>       Defendant. | Case No. 2:14-cr-315-JCM-VCF-2<br><br>**ORDER** |

    IT IS ORDERED that the sentencing hearing currently scheduled for Friday, February 8, 2019 at 10:00 a.m., be vacated and continued to April 8, 2019 at the hour of 10:30 a.m.

    DATED January 18, 2019

                                                /s/ James C. Mahan<br>
                                           UNITED STATES DISTRICT JUDGE