RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Terry Rawstern

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>TERRY RAWSTERN,<br><br>        Defendant. | Case No. 2:14-cr-315-JCM-VCF-2<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Seventh Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Nicholas D. Dickinson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Terry Rawstern, that the Sentencing Hearing currently scheduled on April 8, 2019 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel is currently preparing for trial in *United States v. Hylton*, Case No. 2:17-cr-086-HDM-NJK, which is scheduled to begin on April 2, 2019. The parties

anticipate the trial will take five (5) days to complete. As a result, undersigned counsel request a continuance to allow her to travel to South Dakota for the sentencing hearing.

2. The defendant is not in custody and does not oppose a continuance.

3. The parties agree to the continuance.

This is the seventh request for a continuance of the sentencing hearing.

DATED this 25th day of March, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Nicholas D. Dickinson*<br>By_____<br>NICHOLAS D. DICKINSON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TERRY RAWSTERN,<br><br>    Defendant. | Case No. 2:14-cr-315-JCM-VCF-2<br><br>**ORDER** |

    IT IS ORDERED that the sentencing hearing currently scheduled for Monday, April 8, 2019 at 10:30 a.m., be vacated and continued to <u>May 21, 2019</u>, at the hour of <u>10:00 a.m</u>.

    DATED March 26, 2019.

                                                                       _/s/ James C. Mahan_
                                                    UNITED STATES DISTRICT JUDGE